**DICKINSON WRIGHT PLLC**
ERIC D. HONE, Nevada Bar No. 8499
Email: ehone@dickinson-wright.com
JOEL Z. SCHWARZ, Nevada Bar No. 9181
Email: jschwarz@dickinson-wright.com
GABRIEL A. BLUMBERG, Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Defendant SAS Group, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE NATIVITY STONE COLLECTION, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SAS GROUP, INC., a New York corporation; DOES I through XX, inclusive, ROES I through XX, inclusive<br>Defendants. | Case 2:17-cv-03073-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER:**<br>**(1) CONTINUING HEARING ON TEMPORARY RESTRAINING ORDER AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br>**AND**<br>**(2) SETTING BRIEFING SCHEDULE**<br><br>**[FIRST REQUEST]** |

Plaintiff The Nativity Stone Collection, LLC ("Plaintiff") and Defendant SAS Group, Inc. ("Defendant," and together with Plaintiff, the "parties"), by and through their respective counsel, hereby STIPULATE AND AGREE:

1. The instant action was initially filed by Plaintiff in the District Court for Clark County, Nevada.

2. On December 8, 2017, the state district court entered an order granting Plaintiff's application for a temporary restraining order (the "TRO") and setting a hearing on Plaintiff's motion for preliminary injunction for December 19, 2017.

3. Defendant was served with the Complaint, Summons and Order Granting Temporary Restraining Order on December 11, 2017. Notice of entry of the TRO and the order setting hearing on Plaintiff's motion for preliminary injunction was entered on December 15,

1

2017.  Although Defendant was not served with notice of entry of the TRO and the state district court's order setting hearing on Plaintiff's motion for preliminary injunction until December 20, 2017, Plaintiff did deliver a courtesy copy of the then-to-date filings to Defendant on or about December 13, 2017.

4. On December 15, 2017, Defendant removed this action to the United States District Court for the District of Nevada based upon the Court's diversity jurisdiction.

5. On December 19, 2017, the Court entered a Minute Order [ECF No. 4] setting a hearing regarding the TRO and Plaintiff's motion for preliminary injunction.  The Court's Minute Order required Defendant to file any opposition to Plaintiff's motion for preliminary injunction by December 20, 2017.

6. Defendant requires additional time to file a substantive opposition to Plaintiff's motion for preliminary injunction.  In addition, Defendant has informed Plaintiff that it will be filing a motion to dismiss for lack of personal jurisdiction if the Parties are unable to resolve their dispute.

7. In the last several days, the Parties have engaged in good faith settlement discussions in an attempt to resolve their dispute, and the Parties intend to continue those discussions in earnest.

8. To avoid incurring litigation expenses or requiring the Court to devote time to this matter when a resolution is feasible, the Parties have agreed to continue the hearing regarding the TRO and Plaintiff's motion for preliminary injunction to January 10, 2017 at 3 p.m.  The TRO will be extended and remain in full force and effect until the continued hearing date.

9. The parties stipulate and agree that the briefing schedule shall be extended as follows: (1) Defendant's response to the motion for preliminary injunction as well as its motion to dismiss for lack of jurisdiction shall be filed not later than December 28, 2017; (2) Plaintiff's reply in support of its motion for preliminary injunction as well as its response to Defendant's motion to dismiss shall be filed not later than January 4, 2018; and (3) Defendant's reply in support of its motion to dismiss shall be filed not later than January 8, 2017.

10. Nothing herein shall be construed as consent to the Court's exercise of personal jurisdiction over Defendant, nor do the Parties waive any claim or defense regarding subject matter or personal jurisdiction through this Stipulation.

11. Further, nothing herein shall be deemed an admission regarding the merits of the Parties' claims and/or defenses.

12. The stipulation is not made for the purpose of delay.

13. This is the first stipulated request to continue the hearing.

DATED this 21st day of December 2017.

| JOHNSON & GUBLER, P.C. | DICKINSON WRIGHT PLLC |
|---|---|
| /s/ Matthew L. Johnson<br>Matthew L. Johnson, Nevada Bar No. 6004<br>Russell G. Gubler, Nevada Bar No. 10889<br>Ashveens.Dhillon, Nevada Bar No. 14189<br>Lakes Business Park<br>8831 West Sahara Avenue<br>Las Vegas, NV 89117<br>Tel: (702) 471-0065<br>Fax: (702) 471-0075<br>*Attorneys for The Nativity Stone Collection LLC* | /s/ Eric D. Hone<br>Eric D. Hone, Nevada Bar No. 8499<br>Joel Z. Schwarz, Nevada Bar No. 9181<br>Gabriel A. Blumberg, Nevada Bar No. 12332<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br>Tel: (702) 550-4400<br>Fax: (844) 670-6009<br>*Attorneys for Defendant SAS Group, Inc.* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: December 21, 2017